# EXHIBIT A

# REGISTER OF ACTIONS
## CASE NO. J2-CV-20-002691

| | |
|---|---|
| MICHAEL CHAVEZ vs. ADVANCED MARKETING & PROCESSING, INC | Case Type: **Small Claims**<br>Date Filed: **08/25/2020**<br>Location: **Precinct Two** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **ADVANCED MARKETING & PROCESSING, INC**<br>SAINT PETERSBURG, FL 33716 | |
| **Plaintiff** | **CHAVEZ, MICHAEL**<br>AUSTIN, TX 78759 | |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**
08/25/2020  **Original Petition (OCA)**
08/25/2020  **Citation Issued**
08/25/2020  **Citation**
              ADVANCED MARKETING & PROCESSING, INC    Served      08/27/2020
                                                     Returned    09/04/2020
09/04/2020  **Return of Service Filed**

---

### FINANCIAL INFORMATION

| | | |
|---|---|---|
| **Plaintiff** CHAVEZ, MICHAEL | | |
| Total Financial Assessment | | 51.00 |
| Total Payments and Credits | | 51.00 |
| **Balance Due as of 09/04/2020** | | **0.00** |
| 08/25/2020  Transaction Assessment | | 51.00 |
| 08/25/2020  Payment    Receipt # 2020-115568 | CHAVEZ, MICHAEL | (51.00) |