UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 SEP -4  PM 4: 48
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

CHAVEZ

v.

ADVANCED MARKETING & PROCESSING, INC.

Civil No.  1:20-CV-921-RP

### ORDER

The above captioned cause, having been removed to this Court on __September 4, 2020__ from the _____Justice Court, Precinct 2, Travis County, Texas,_____ and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary;

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 4th day of September, 2020.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE