UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL CHAVEZ,

    Plaintiff,                                                    Civil Action No.: 1:20-CV-921-RP

v.

ADVANCED MARKETING &
PROCESSING, INC.,

    Defendant.

_____/

**DEFENDANT'S AMENDED NOTICE TO THE COURT IN RESPONSE
TO THE COURT'S ORDER OF SEPTEMBER 4, 2020**

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE ROBERT PITMAN:**

On September 4, 2020, the Court issued an Order directing Defendant Advanced Marketing & Processing, Inc. ("Defendant") to, if they had not already done so, supplement the Court's record with the state-court pleadings in the above entitled case. *See* Clerk's Docket No. 3. The purpose of this filing is to supplement the Court's record with a copy of the State court's Return of Service, which is attached hereto as Exhibit A.[1] All other state-court pleadings are already on file as Exhibits to Defendant's Notice of Removal.

---

[1] Defendant previously filed a Notice (Dkt. No. 4) indicating all documents from the state proceeding were already on file with Defendant's removal documents, but Defendant subsequently learned the return of service was mistakenly omitted from Defendant's removal documents. As such, Defendant now corrects that prior Notice and supplements the record with a copy of the return of service.

1


Respectfully Submitted,

    */s Ryan C. Bueche*
Ryan C. Bueche, Esq.
Texas Bar No. 24064970
rbueche@germer-austin.com
GERMER BEAMAN & BROWN PLLC
One Barton Skyway
1501 South Mopac Expressway, Suite A400
Austin, Texas 78746
Telephone: 512.472.0288
Facsimile: 512.472.0721

Jeffrey A. Backman, Esq.,
*(Pro Hac Vice Forthcoming)*
Florida Bar No. 662501
jeffrey.backman@gmlaw.com
GREENSPOON MARDER LLP
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.491.1120
Facsimile: 954.343.6958

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by email and U.S. first class mail on this 8th day of September, 2020, to the Plaintiff at the following:

Michael Chavez
10430 Morado Circle, Apt. 2136
Austin, TX 78759
mchav022@ucr.edu

*Pro Se Plaintiff*

    */s Ryan C. Bueche*
Ryan C. Bueche, Esq.